UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNTAIN SMOKE SHOP, INC., A CALIFORNIA CORPORATION D/B/A MOUNTAIN SMOKE SHOP, AKRAM HANNA AND RAMI GEORGES,<br><br>Plaintiff,<br><br>v.<br><br>GS HOLISTIC, LLC,<br><br>Defendants. | CASE NO.: 5:25-cv-00879<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Settlement Agreement reached in this matter, all parties and counsel hereby request this Court to dismiss the instant action with prejudice and all parties to bear their attorneys' fees and costs. The parties agree the Court shall retain jurisdiction to enforce the parties' confidential settlement agreement.

*-Signatures On Following Page-*

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1551889.1 - 06349.00001

| | |
|---|---|
| DATED: September 3, 2025 | GIPSON HOFFMAN & PANCIONE<br>A Professional Corporation<br><br>By: *Jason Wallach*<br>JASON WALLACH<br>Attorneys for Defendants<br>MOUNTAIN SMOKE SHOP, INC. d/b/a MOUNTAIN SMOKE SHOP, AKRAM HANNA and RAMI GEORGES |
| DATED: September 3, 2025 | LEON LAW LLP<br><br>By: /S/ TOMAS CARLOS LEON<br>TOMAS CARLOS LEON<br>Attorneys for Plaintiff<br>GS HOLISTIC. LLC |

## ATTORNEY ATTESTATION

Pursuant to United States District Court, Central District of California, Local Rule 5-4.3.4(2)(i), the filer attests that all signatories listed on this document, and on whose behalf the filer is submitting this document, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| DATED: September 3, 2025 | GIPSON HOFFMAN & PANCIONE<br>A Professional Corporation<br><br>By: *Jason Wallach*<br>JASON WALLACH<br>Attorneys for Defendants<br>MOUNTAIN SMOKE SHOP, INC. d/b/a MOUNTAIN SMOKE SHOP, AKRAM HANNA and RAMI GEORGES |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the Defendants this September 3, 2025, via CM/ECF which will provide a copy to all parties on the Service List.

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

By: /s/ Jason Wallach
JASON WALLACH
Attorneys for Defendants
MOUNTAIN SMOKE SHOP, INC. d/b/a
MOUNTAIN SMOKE SHOP, AKRAM
HANNA and RAMI GEORGES